# United States District Court
# Central District of California

JS-6

FILED
CLERK, U.S. DISTRICT COURT
AUG 16, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Anthony D. Twyman,

    Petitioner,

v.

United States of America,

    Respondent.

LA16-CV03774 VAP
LA 07-CR-1162 VAP

## JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Dismissing Petitioner's § 2255 Motion, IT IS ORDERED AND ADJUDGED that Petitioner's claims against Respondent are DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

    **IT IS SO ORDERED.**

Dated:   8/16/18

Virginia A. Phillips
Chief United States District Judge